UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

FILED

2023 JAN 17 P 2: 41

__Alex Yousif__
Plaintiff(s),

v.

Civil Action Number: 1:23CV81

__Officer Patrick Carter Hailey, et al.__
Defendant(s).

# LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

**No attorney has prepared, or assisted in the preparation of**_____.
(Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

**The following attorney(s) prepared or assisted me in preparation of** __Complaint__ .
(Title of Document)

__Joshua Erlich__
(Name of Attorney)

__The Erlich Law Office, 2111 Wilson Blvd., Suite 700, Arlington, VA 22201__
(Address of Attorney)

__703-791-9087__
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

__Alex Yousif__
(Name of *Pro Se* Party (Print or Type)

*Alex Yousif*
Signature of *Pro Se* Party

Executed on: __1/17/22__ (Date)