IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEX YOUSIF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-81 (LMB/JFA) |
| ) | |
| OFFICER PATRICK CARTER HAILEY, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Dkt. No. 15] is GRANTED, and it is hereby

ORDERED that plaintiff Alex Yousif's Amended Complaint [Dkt. No. 24] be and is DISMISSED WITH PREJUDICE.

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives plaintiff's right to appeal this decision.

The Clerk is directed to enter judgment in favor of defendants under Fed. R. Civ. P. 58; forward copies of this Order and accompanying Memorandum Opinion to counsel of record and plaintiff, pro se; and close this civil action.

Entered this 9th day of November, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge