# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Alex Yousif, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 1:23-cv-81-LMB-JFA |
| Officer Patrick Carter Hailey, et al., | ) |
|     Defendants. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on November 9, 2023, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of defendants Officer Patrick Carter Hailey and Lieutenant Dean Edward Mathews, and against plaintiff Alex Yousif.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    D. Estevez, Deputy Clerk

Dated: 11/9/2023
Alexandria, Virginia